UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID L. GREENING AKA NAATHON JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, *et al.*,<br><br>Defendants. | Case No.  C04-5407RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITH PREJUDICE** as to the City of Tacoma.  The complaint fails to allege a policy, custom, or practice of the city is at issue.

(3) Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 27th day of April, 2005.

*[signature]*
Robert J. Bryan
U.S. District Judge

ORDER
Page - 1