UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID L. GREENING AKA NAATHON JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, *et al.*,<br><br>Defendants. | Case No. C04-5407RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  This action is **DISMISSED WITH PREJUDICE.** The defendants enjoy absolute immunity for decisions made to charge plaintiff with a crime, even if plaintiff alleges the facts in a police report are not accurate and the statute relied on in charging is later declared invalid.

(3)  Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 13th day of June, 2005.

/s/ Robert J. Bryan
Robert J. Bryan
U.S. District Judge

ORDER
Page - 1